UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ROBERT COWAN and STACY MONHEIT,<br><br>**Plaintiffs,**<br><br>v.<br><br>FRANK & NANCILEE D'ANGELICO, PASCO D'ANGELICO, D'ANGELICO BUILDERS, JOSEPH D'ANGELICO, BOB BURBIC, SANTA FE REALTY PARTNERS, STEVE PATTELENA, PROFESSIONAL INSPECTIONS AND EVALUATIONS, INC, LAURA LICHTENSTEIN, AND BARKER REALTY, INC.,<br><br>**Defendants.** | Civil Action No. 09-483 RB/LFG |

**STIPULATED ORDER DISMISSING**
**DEFENDANTS BOB BURBIC AND SANTA FE REALTY PARTNERS WITHOUT PREJUDICE**

THIS MATTER having come before the Court upon a Stipulated Motion to Dismiss filed by the Plaintiffs herein, on the grounds that Plaintiffs do not intend to pursue a case against Defendants Burbic and Santa Fe Realty Partners unless new evidence comes to light justifying such action, and the Court having read said pleadings and being fully advised in the premises, FINDS the Motion well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Complaint and the causes of action therein filed by the Plaintiffs against Defendants Bob Burbic and Santa Realty Partners be, and the same hereby are, dismissed without prejudice.

_____
THE HONORABLE ROBERT C. BRACK
United States District Judge

Submitted by:

/s/ Thomas R. Briones
Thomas R. Briones
Attorney for Plaintiffs

Approved by:

_____
Frieda Simons
Attorney for Defendants Frank and
Nancilee D'Angelico

_____
Jeffrey E. Jones
Attorney for Defendant D'Angelico
Builders

_____
Daniel W. Lewis
Attorney for Steve Burbic and Santa
Fe Realty Partners

_____
Attorney for Steve Pattelena and
Professional Inspections